UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>AC SQUARE, INC.,<br><br>    Defendant. | Case No. 15-cv-04816-DMR<br><br>**ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE** |

On December 28, 2015, the Clerk entered Defendant AC Square, Inc.'s default. [Docket No. 13.] In light of Defendant's default, the January 14, 2016 hearing on Plaintiff Xerox Corporation's motion for writ of possession and January 20, 2016 Case Management Conference are VACATED. By no later than January 28, 2016, Plaintiff shall either 1) file a status report indicating whether it seeks to proceed with the motion for writ of possession and if so, authority supporting proceeding with the motion in light of Defendant's default, or 2) move for default judgment pursuant to Federal Rule of Civil Procedure 55(b).

**IT IS SO ORDERED.**

Dated: December 29, 2015



Donna M. Ryu
United States Magistrate Judge