UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>AC SQUARE, INC.,<br><br>    Defendant. | Case No.  15-cv-04816-DMR<br><br>**ORDER TAKING MOTION FOR DEFAULT JUDGMENT UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received Plaintiff's motion for default judgment (Docket No. 16), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b).  Accordingly, the February 25, 2016 hearing on the motion is hereby VACATED.  The court will issue a written order on the motion.

**Plaintiff shall immediately serve a copy of this order on Defendant and file a proof of service.**

**IT IS SO ORDERED**.

Dated: February 19, 2016



_____
DONNA M. RYU
United States Magistrate Judge