1 | ROBERT V. MCKENDRICK (SBN 169138)
**HEMAR, ROUSSO & HEALD, LLP**
2 | E-mail address: rmckendr@hemar-rousso.com
15910 Ventura Boulevard, Ste. 1201
3 | Encino, CA  91436-2829
Telephone:   (818) 501-3800
4 | Facsimile:    (818) 501-2985

5 | File No. 3978-20150529-RVM

6 | Attorneys for Plaintiff,
XEROX CORPORATION, a corporation

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, a corporation, | Case No. 4:15-cv-4816-DMR |
| Plaintiff, | **ORDER ON PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO COMPLY WITH COURT'S MARCH 30, 2016 ORDER** |
| vs. | |
| AC SQUARE, INC., a California corporation; | Hearing: |
| Defendants. | Dated:  February 25, 2016
Time:   11:00 a.m.
Room:  4, 3rd Floor |
| | Judge Donna M. Ryu |

**TO THE COURT, THE DEFENDANT AND ALL OTHER INTERESTED PARTIES:**

Upon reading Plaintiff's Request for Additional Time to Comply with Court's March 30, 2016 Order,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** the time deadline to respond to the Court's March 30, 2016 Order is  May 31, 2016  .

**IT IS SO ORDERED.**

DATED:  April 25, 2016

_____
Magistrate Judge Donna M. Ryu
U.S. Magistrate Judge

[Stamp: IT IS SO ORDERED. Judge Donna M. Ryu — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

1

ORDER ON PLAINTIFF'S TIME TO RESPOND TO ORDER TO SHOW CAUSE

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         )
COUNTY OF LOS ANGELES    )

    I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is Hemar, Rousso & Heald, LLP. ("the business") 15910 Ventura Boulevard, 12th Floor, Encino, CA  91436.

    I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

    On April 22, 2016, I served the foregoing document described as [Proposed] **ORDER ON PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO COMPLY WITH COURT'S MARCH 30, 2016 ORDER** on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

AC SQUARE, INC.
ATTN: AFSHIN GHANEH, AGENT
371 FOSTER CITY BLVD.
FOSTER CITY, CA 94404

    At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

__    I delivered such envelope(s) by hand to the offices of the addressees.

__    I caused such copies to be facsimiled to the persons set forth.

__    (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XX    (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 22, 2016 at Encino, California.

/s/ *Tammy Dunn*
_____
TAMMY DUNN