IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION,<br>　　　　Plaintiff,<br>　　v.<br>AC SQUARE, INC.,<br>　　　　Defendant. | Case No. 15-cv-04816-MMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. Nos. 8, 16, 36 |

Before the Court is the Report and Recommendation Re Motion for Default Judgment, filed September 1, 2016, by Magistrate Judge Donna M. Ryu, in which Magistrate Judge Ryu recommends the Court grant plaintiff's motion for default judgment. No objections thereto have been filed.

Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety, and GRANTS plaintiff's motion for default judgment as follows:

1. Plaintiff is entitled to recover $108,330.71 in contract damages and pre-judgment interest, $2983.50 in attorney fees, which the Court finds were reasonably incurred, and $489.95 in costs, which the Court likewise finds were reasonably incurred. Accordingly, plaintiff shall have judgment against defendant in the amount of $108,330.71, together with fees and costs in the amounts of $2983.50 and $489.95, respectively, for a total of $111,804.16.

2. Plaintiff is entitled to recovery of the property leased under the seven lease agreements, specifically, the following items of equipment, identified by their respective serial numbers:

| Equipment | Serial No. |
|---|---|
| Xerox WC7775PC, 3CQ9302 | RFX353018, XNE128682 |
| Xerox 6604-5, WFCNTRL4 | AGC430061, UXC307559 |
| Xerox W76559P | VDR569059 |
| Xerox 6604-5, 3CQ9203 | AGC430283, BRE002514 |
| Xerox WC4260X | MAE501462 |
| Xerox 3CQ9303 | XNE126564 |
| Xerox 3CQ9203 | BRE247287 |

**IT IS SO ORDERED.**

Dated: October 7, 2016

*/s/ Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge

2